■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE COPPOLINO, Appellant.— Appeal by defendant, as limited by his brief, from a sentence of the Supreme Court, Queens County, imposed April 7, 1972. Sentence affirmed. No opinion. The case is remitted to the Supreme Court, Queens County, for proceedings to compel defendant to surrender himself to said court in order that execution of the judgment be commenced or resumed (CPL 460.50, subd. 5). Rabin, P. J., Hopkins, Munder, Martuscello and Christ, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WALTER J. CRONIN, Appellant.— Judgment of the County Court, Nassau County, rendered April 28, 1972, affirmed (cf. *People* v. *Carter,* 31 N Y 2d 281). Rabin, P. J., Hopkins, Munder, Martuscello and Christ, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ARTHUR FELCON, Appellant.— Judgment of the Supreme Court, Queens County, rendered June 21, 1972, affirmed. (*People* v. *Henzey,* 24 A D 2d 764.) The case is remitted to the Supreme Court, Queens County, for proceedings to compel defendant to surrender himself to said court in order that execution of judgment be resumed (CPL 460.50, subd. 5). Rabin, P. J., Hopkins, Munder, Martuscello and Christ, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PHILANDO HILL, Appellant.— Appeal by defendant from a judgment of the Supreme Court, Queens County, rendered April 11, 1972, convicting him of attempted forgery in the second degree, upon a plea of guilty, and sentencing him to an indeterminate prison term not to exceed three years. Judgment modified, as a matter of discretion in the interest of justice, by reducing the sentence to the time served. As so modified, judgment affirmed. In our opinion, the sentence was excessive to the extent indicated herein. Martuscello, Acting P. J., Latham, Shapiro, Brennan and Benjamin, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN PAPE, Appellant.— Appeal by defendant from a judgment of the County Court, Nassau County, rendered December 1, 1971, and two orders of the same court both dated October 13, 1971. Orders affirmed. No opinion. Appeal from judgment rendered December 1, 1971 dismissed as moot. That judgment was vacated by the amended judgment rendered January 25, 1972. We have also reviewed a further amended judgment of the same court, rendered June 7, 1972, on the basis of defendant's notice of appeal from the original judgment (CPL 460.10, subd. 6); and, upon such review, said further amended judgment is affirmed. No opinion. Rabin, P. J., Hopkins, Munder, Martuscello and Christ, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GAETANO TEDESCO, Also Known as GUY TEDESCO; MICHAEL LA BARBARA, Also Known as BIG MIKE; and SEBASTIAN BIONDO, Also Known as BENNY BIONDO, Appellants. — Three judgments (one as to each defendant) of the County Court, Suffolk County, rendered January 4, 1971, affirmed. No opinion. The case is remitted to the County Court, Suffolk County, for proceedings to direct defendants to surrender themselves to said court in order that execution of the judgment be commenced or resumed (CPL 460.50, subd. 5). Rabin, P. J., Hopkins, Munder, Martuscello and Christ, JJ., concur.